Charles L. Post, State Bar No. 160443
Lukas J. Clary, State Bar No. 251519
**weintraub tobin chediak coleman grodin**
LAW CORPORATION
400 Capitol Mall, 11th Floor
Sacramento, California 95814
Telephone: 916/558-6000
Facsimile: 916/446-1611
Email: cpost@weintraub.com
lclary@weintraub.com

Attorneys for Plaintiff
California Restaurant Association

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RESTAURANT ASSOCIATION, a California nonprofit mutual benefit corporation,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF EMERYVILLE, a California municipal corporation,<br><br>Defendant. | Case No. 3:16-cv-06660-JST<br><br>CERTIFICATION OF INTERESTED ENTITIES OR PERSONS<br><br>Complaint Filed: November 17, 2016 |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: December 1, 2016  WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN
a law corporation

By: _____/s/ Lukas J. Clary_____
Lukas J. Clary, State Bar No. 251519

Attorneys for Plaintiff
CALIFORNIA RESTAURANT ASSOCIATION