# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| CALIFORNIA RESTAURANT ASSOCIATION, a California nonprofit mutual benefit corporation,<br><br>*Plaintiff(s)*<br>v.<br><br>CITY OF EMERYVILLE, a California municipal corporation,<br><br>*Defendant(s)* | Civil Action No. 3:16-cv-06660-JST |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    City of Emeryville
    City Attorney/City Clerk
    1333 Park Avenue
    Emeryville, CA 94608

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Charles L. Post
Lukas J. Clary
Weintraub Tobin
400 Capitol Mall, Suite 1100
Sacramento, CA 95814       (916) 558-6000

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
Susan Y. Soong

Date:   12/13/2016                                      Thelma Nudo
                                                                  *Signature of Clerk or Deputy Clerk*