| | |
|---|---|
| 1 | J. Leah Castella (SBN 205990) |
| | E-mail: lcastella@bwslaw.com |
| 2 | Benjamin L. Stock (SBN 208774) |
| | E-mail: bstock@bwslaw.com |
| 3 | BURKE, WILLIAMS & SORENSEN, LLP |
| | 1901 Harrison Street, Suite 900 |
| 4 | Oakland, CA 94612-3501 |
| | Tel: 510.273.8780   Fax: 510.839.9104 |
| 5 | |
| 6 | Attorneys for Defendant |
| | CITY OF EMERYVILLE |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RESTAURANT ASSOCIATION, a California nonprofit mutual benefit corporation, | Case No. 3:16-cv-06660-JST |
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANT CITY OF EVERYVILLE TO RESPOND TO COMPLAINT** |
| v. | **[L.R. 6-1]** |
| CITY OF EMERYVILLE, a California municipal corporation, | |
| Defendant. | |

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

OAK #4843-9747-3343 v1 — - 1 - — STIPULATION TO EXTEND TIME FOR DEFENDANT CITY OF EVERYVILLE TO RESPOND TO COMPLAINT 3:16-CV-06660

1  Defendant City of Emeryville's ("Defendant") responsive pleading, to Plaintiff California
2  Restaurant Association's ("Plaintiff") Complaint has an initial filing deadline of January 4, 2017.
3  Pursuant to Local Rule 6-1, Plaintiff and Defendants have stipulated to extend that deadline to
4  January 18, 2017.

5  IT IS SO STIPULATED.

6  Dated: December 28, 2016                BURKE, WILLIAMS & SORENSEN, LLP

8                                          By: */s/ J. Leah Castella*
9                                              J. Leah Castella
                                                Benjamin L. Stock
10                                              Attorneys for Defendant
                                                CITY OF EMERYVILLE

12 Dated: December 28, 2016                WEINTRAUB TOBIN CHEDIAK
                                           COLEMAN GRODIN, a law corporation

14                                          By: */s/ Lukas J. Clary*
15                                              Lukas J. Clary

16                                              Attorneys for Plaintiff
                                                CALIFORNIA RESTAURANT
17                                              ASSOCIATION

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

OAK #4843-9747-3343 v1       - 2 -        STIPULATION TO EXTEND TIME FOR
                                          DEFENDANT CITY OF EVERYVILLE TO
                                          RESPOND TO COMPLAINT 3:16-CV-06660