Charles L. Post, State Bar No. 160443
Lukas J. Clary, State Bar No. 251519
**weintraub tobin chediak coleman grodin**
LAW CORPORATION
400 Capitol Mall, 11th Floor
Sacramento, California  95814
Telephone:	916/558-6000
Facsimile:	916/446-1611
Email: cpost@weintraub.com
         lclary@weintraub.com

Attorneys for Plaintiff
California Restaurant Association

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RESTAURANT ASSOCIATION, a California nonprofit mutual benefit corporation,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF EMERYVILLE, a California municipal corporation,<br><br>Defendant. | Case No.  3:16-cv-06660-JST<br><br>**STIPULATION EXTENDING THE PAGE LIMITS FOR: (1) CALIFORNIA RESTAURANT ASSOCIATION'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION; AND (2) CITY OF EMERYVILLE'S OPPOSITION TO CRA'S MOTION FOR PRELIMINARY INJUNCTION; PROPOSED ORDER** |

Plaintiff California Restaurant Association ("Plaintiff") and Defendant City of Emeryville ("Defendant") (collectively "the Parties") hereby stipulate and agree that Plaintiff may file a Memorandum of Points and Authorities in Support of Motion for Preliminary Injunction in excess of the twenty-five (25) page limitation set forth in Civil Local Rule 7-4(b), but not to exceed forty (40) pages in length.  Plaintiff and Defendant hereby further stipulate and agree that Defendant may file a Memorandum of Points and Authorities in Opposition to Motion for Preliminary Injunction in excess of the twenty-five (25) page limitation set forth in Civil Local Rule 7-4(b), but not to exceed thirty-five (35) pages in length.  This Stipulation is made pursuant to Rules 7-11 and

7-12 of the United States District Court for the Northern District of California.

There is good cause for the Stipulation to extend the page limit given that this case involves several independent causes of action, each of which involves numerous complex and novel legal issues. Each cause of action invokes constitutional challenges, including challenges under the First (Free Speech), Fifth (Takings), and Fourteenth (Equal Protection) Amendments and Article VI, Clause 2 (Supremacy) of the United States Constitution, along with similar claims invoking the California Constitution. Thus, more than 25 pages are needed for the moving and opposition papers to fully address each cause of action.

The parties also hereby stipulate and agree to extend the deadline for Defendant's responsive pleading to January 31 pursuant to Local Rule 6-1.

Finally, the parties hereby stipulate and agree to attempt to reserve March 9 as the hearing date for Plaintiff's Preliminary Injunction and for Defendant's anticipated Motion to Dismiss. The parties also stipulate to the following briefing schedule for Plaintiff's Preliminary Injunction and for Defendant's Motion to Dismiss:

| | |
|---|---|
| Opening Briefs: | January 31, 2017 |
| Opposition Briefs: | February 14, 2017 |
| Reply Briefs: | February 21, 2017 |

**IT IS SO STIPULATED.**

Dated: January 10, 2017  
                                            **weintraub tobin** chediak coleman grodin  
                                            law corporation

                                            By: /s/ Lukas J. Clary  
                                                      Lukas J. Clary

                                            Attorneys for Plaintiff  
                                            California Restaurant Association

Dated: January 10, 2017  
                                            Burke, Williams & Sorensen LLP

                                            By: /s/ J. Leah Castella  
                                                        J. Leah Castella

                                            Attorneys for Defendant  
                                            City of Emeryville

**~~PROPOSED~~ ORDER**

Plaintiff's Motion for Extra Pages pursuant to the Parties' Stipulation is granted. Plaintiff may file a memorandum of points and authorities up to 35 pages in support of its motion for preliminary injunction. Defendant may file a memorandum of points and authorities up to 35 pages in opposition to Plaintiff's motion for preliminary injunction.

Dated: January 10, 2017

_____
Hon. Jon S. Tigar