McCRACKEN, STEMERMAN &
HOLSBERRY, LLP
Paul L. More, SBN 228589
pmore@msh.law
595 Market Street, Suite 800
San Francisco, CA 94105
Tel:   (415) 597-7200
Fax:   (415) 597-7201

*Attorneys for UNITE HERE LOCAL 2850*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RESTAURANT ASSOCIATION, a California nonprofit mutual corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF EMERYVILLE, a California municipal corporation,<br><br>　　　　Defendant. | Case No: 3:16-cv-06660-JST<br><br>**STIPULATION TO INTERVENTION OF UNITE HERE LOCAL 2850; DECLARATION OF PAUL L. MORE;** |

# RECITALS

1. Plaintiff California Restaurant Association (the "Association") filed its complaint in this action on November 17, 2016 and served its complaint on Defendant City of Emeryville (the "City") on or about December 14, 2016.

2. In its complaint, the Association alleges that the service-charge provisions of the City of Emeryville Minimum Wage and Paid Sick Leave Ordinance (the "Ordinance") violate the takings clauses of the U.S. and California Constitutions, infringe on its members' speech rights under the U.S. and California Constitutions, violate the U.S. and California equal-protection clauses, and are preempted by certain state and federal laws. Doc. No. 1.

3. On December 28, 2016, the Association and the City stipulated to extend the time for the City to file responsive pleadings. Doc. No. 11.

4. On January 10, 2017, the Association and the City stipulated to, and the Court ordered, a further extension of time for the City to file responsive pleadings and a briefing schedule for the City's motion to dismiss and the Association's motion for a preliminary injunction. Pursuant to this briefing schedule, both motions will be heard on March 9, 2017 at 2:00 p.m., opening briefs will be filed no later than January 31, 2017, opposition briefs will be filed by no later than February 14, 2017, and reply briefs will be filed by no later than February 21, 2017. Doc. No. 13.

5. Proposed Intervenor UNITE HERE Local 2850 ("Local 2850") has represented to the Association that it is a labor union that represents over 2,500 workers in the hotel, restaurant, food-service, casino, and banquet industries in the East Bay, including many tipped employees who work in Emeryville. Local 2850 further represents to the Association that it was the chief proponent of the Ordinance's service-charge provisions, and that it was the main advocate for similar provisions in minimum-wage ordinances adopted in Oakland and Berkeley. As such, Local 2850 contends that both it and its members have a significant protectable interest in the Ordinance that could be

affected by the outcome of this litigation, and further contends this interest differs from that of the City.

6. For the purposes of this stipulation, the Association agrees not to contest Local 2850's representations and contentions set forth in paragraph 5. The Association's agreement, however, is without prejudice to its rights to dispute such representations and contentions in this action. The Association expressly reserves any and all such rights.

## STIPULATION

Accordingly, the Association, the City, and Local 2850, through their attorneys of record, hereby stipulate and request that the Court make this stipulation an Order of the Court:

1. That Local 2850 shall be permitted to intervene in this action as a Defendant pursuant to Federal Rule of Civil Procedure 24.

2. That Local 2850 be granted leave to file a brief in support of the City of Emeryville's motion to dismiss, and to file a reply brief in support of the City's motion and a brief in opposition to the Associations preliminary injunction motion, all in accordance with the deadlines set forth in the Court's January 10, 2017 stipulated order (Doc. No. 13).

Dated: January 31, 2017              Respectfully submitted,

*/s/ Paul L. More*
Paul L. More
McCRACKEN, STEMERMAN & HOLSBERRY, LLP
Paul L. More, SBN 228589
pmore@msh.law
595 Market Street, Suite 800
San Francisco, CA 94105

*Attorneys for Proposed Intervenor UNITE HERE Local 2850*

| | |
|---|---|
| 1 | */s/Benjamin L. Stock* |
| 2 | BURKE, WILLIAMS & SORENSEN, LLP |
| 3 | J. Leah Castella SBN 205990 |
|   | E-mail: lcastella@bwslaw.com |
| 4 | Benjamin L. Stock (SBN 208774) |
| 5 | E-mail: bstock@bwslaw.com |
|   | 1901 Harrison Street, Suite 900 |
| 6 | Oakland, CA 94612-3501 |
| 7 | Tel: 510.273.8780 Fax: 510.839.9104 |
| 8 | *Attorneys for Defendant CITY OF EMERYVILLE* |
| 9 | |
| 10 | */s/Lukas Clary* |
|   | WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN LAW CORPORATION |
| 11 | Charles L. Post, State Bar No. 160443 |
| 12 | Lukas J. Clary, State Bar No. 251519 |
|   | 400 Capitol Mall, 11th Floor |
| 13 | Sacramento, California 95814 |
| 14 | Telephone: 916/558-6000 |
|   | Facsimile: 916/446-1611 |
| 15 | E-mail: cpost@weintraub.com |
| 16 | lclary@weintraub.com |
| 17 | *Attorneys for Plaintiff CALIFORNIA RESTAURANT ASSOCIATION* |

| | |
|---|---|
| 1 | <u>**DECLARATION PURSUANT TO LOCAL CIVIL RULE 5-1(i)(3)**</u> |
| 2 | I, Paul L. More, hereby attest pursuant to Local Civil Rule 5-1(i)(3) that that I have |
| 3 | obtained the concurrence in the filing of the document has been obtained from each of the |
| 4 | other signatories listed above. |
| 5 | I declare under penalty of perjury that the foregoing declaration is true and correct |
| 6 | under the laws of the United States of America.  Executed on January 31, 2017, at San |
| 7 | Francisco, California |

*/s/ Paul L. More*
Paul L. More
McCRACKEN, STEMERMAN & HOLSBERRY, LLP
Paul L. More, SBN 228589
pmore@msh.law
595 Market Street, Suite 800
San Francisco, CA 94105

*Attorneys for Proposed Intervenor UNITE HERE Local 2850*