| | |
|---|---|
| 1 | McCRACKEN, STEMERMAN & HOLSBERRY, LLP |
| 2 | Paul L. More, SBN 228589 |
| 3 | pmore@msh.law |
| 4 | 595 Market Street, Suite 800 |
|   | San Francisco, CA 94105 |
| 5 | Tel:   (415) 597-7200 |
| 6 | Fax:  (415) 597-7201 |
| 7 | *Attorneys for UNITE HERE LOCAL 2850* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CALIFORNIA RESTAURANT ASSOCIATION, a California nonprofit mutual corporation, | ) ) ) ) | Case No: 3:16-cv-06660-JST |
| Plaintiff, | ) ) ) | [proposed] ORDER GRANTING INTERVENTION OF UNITE HERE LOCAL 2850 |
| v. | ) | |
| CITY OF EMERYVILLE, a California municipal corporation, | ) ) ) | |
| Defendant. | ) ) ) ) | |

[proposed] ORDER                                                                 Case No. 3:16-cv-06660-JST

1  [proposed] ORDER

2  Having considered the above stipulation to the intervention of UNITE HERE Local
3  2850 as a Defendant in this action, Local 2850 is hereby granted intervention in this
4  action as a Defendant and is further granted leave to file its brief in support of the City of
5  Emeryville's motion to dismiss and to file further briefs in support of the City's motion to
6  dismiss and in opposition to the California Restaurant Association's preliminary-
7  injunction motion in accordance with the Court's January 10, 2017 stipulated order.

8  IT IS SO ORDERED.

10  Dated: __February 2_____, 2017

13  _____
14  United States District Court Judge