Charles L. Post, State Bar No. 160443
Lukas J. Clary, State Bar No. 251519
**weintraub tobin chediak coleman grodin**
LAW CORPORATION
400 Capitol Mall, 11th Floor
Sacramento, California  95814
Telephone:    916/558-6000
Facsimile:     916/446-1611
Email: cpost@weintraub.com
           lclary@weintraub.com

Attorneys for Plaintiff
California Restaurant Association

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RESTAURANT ASSOCIATION, a California nonprofit mutual benefit corporation,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF EMERYVILLE, a California municipal corporation,<br><br>    Defendant. | Case No.  3:16-cv-06660-JST<br><br>**STIPULATION TO CHANGE HEARING DATE ON CALIFORNIA RESTAURANT ASSOCIATON'S MOTION FOR PRELIMINARY INJUNCTION and CITY OF EMERYVILLE'S MOTION TO DISMISS; PROPOSED ORDER** |

Plaintiff California Restaurant Association ("CRA") and Defendants City of Emeryville ("the City") and Unite Here Local 2850 ("Local 2850") (collectively, "the Parties") hereby stipulate and agree that the hearing date currently set for March 9, 2017 at 2:00 p.m., in Courtroom 9 to hear CRA's Motion for Preliminary Injunction and the City's Motion to Dismiss (collectively, "the Motions") be moved to March 23, 2017.  This stipulation is made pursuant to Rules 6-1, 6-2, and 7-12 of the United States District Court for the Northern District of California.

The Parties also hereby stipulate to the following briefing schedule for the respective opposition and reply briefs for the Motions:

Opposition Briefs: February 21, 2017

Reply Briefs: February 28, 2017

There have been two previous time modifications in this case. First, on December 28, 2016, the Parties agreed by stipulation (Dkt. No. 11) that the City's responsive pleading deadline would be extended from January 4, 2017 to January 18, 2017. Second, on January 10, 2017, the Court entered an Order (Dkt. No. 13) granting the Parties' stipulation to extend the City's responsive pleading deadline to January 31, 2017, reserve a March 9, 2017 hearing date on the Motions, and set a corresponding briefing schedule.

Subsequent to the prior stipulation setting a March 9, 2017 hearing date, CRA's counsel has received notice to appear for a hearing in another matter and is no longer available on March 9. The City's counsel in turn is scheduled to be in trial during the week of March 16, 2017. Accordingly, March 23, 2017 is the next available date on the Court's motion calendar that counsel for all parties are available.

Continuing the hearing on the Motions will have no significant impact on the schedule for this case as the case is not yet at issue and no trial date has been scheduled.

**IT IS SO STIPULATED.**

Dated: February 9, 2017

**weintraub tobin** chediak coleman grodin
law corporation

By:  /s/ Lukas J. Clary
     Lukas J. Clary

Attorneys for Plaintiff
California Restaurant Association

Dated: February 9, 2017

Burke, Williams & Sorensen LLP

By:  /s/ J. Leah Castella
     J. Leah Castella

Attorneys for Defendant
City of Emeryville

Dated: February 9, 2017

McCracken, Stemerman & Holsberry, LLP

By:  /s/ Paul L. More
     Paul L. More

Attorneys for Intervenor
UNITE HERE Local 2850`

1  **~~PROPOSED~~ ORDER**

2      PURSUANT TO STIPULATION, IT IS SO ORDERED.

4  Dated: __February 10, 2017__      
5                                              Hon. Jon S. Tigar