J. Leah Castella (SBN 205990)
E-mail: lcastella@bwslaw.com
Benjamin L. Stock (SBN 208774)
E-mail: bstock@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1901 Harrison Street, Suite 900
Oakland, CA 94612-3501
Tel: 510.273.8780   Fax: 510.839.9104

Attorneys for Defendant
CITY OF EMERYVILLE

Paul L. More (SBN 228589
E-mail: pmore@msh.law
McCRACKEN, STEMERMAN & HOLSBERRY, LLP
595 Market Street, Suite 800
San Francisco, CA 94105
Tel: 415.597.7200   Fax: 415.597.7201

Attorneys for Intervenor
UNITE HERE LOCAL 2850

FILING FEE EXEMPT PURSUANT TO
GOVERNMENT CODE § 6103

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RESTAURANT ASSOCIATION, a California nonprofit mutual benefit corporation,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF EMERYVILLE, a California municipal corporation,<br><br>Defendant,<br><br>UNITE HERE LOCAL 2850, an unincorporated association,<br><br>Intervenor-Defendant. | Case No. 3:16-cv-06660-JST<br><br>**STIPULATION EXTENDING PAGE LIMIT FOR DEFENDANTS' JOINT REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT; PROPOSED ORDER**<br><br>**Date:     March 23, 2017**<br>**Time:    2:00 p.m.**<br>**Place:   Courtroom 9 – 19th Floor** |

Plaintiff California Restaurant Association ("CRA") and Defendants City of Emeryville ("Emeryville") and Unite Here Local 2850 ("Local 2850) (collectively, "the Parties") hereby stipulate and agree that: 1) Emeryville and Local 2850 may file a Joint Reply in Support of Motion to Dismiss Plaintiff's Complaint in excess of the fifteen (15) page limitation set forth in

Civil Local Rule 7-4(b), but not to exceed thirty (30) pages in length; and 2) CRA may file a Supplemental Reply by March 3, 2017 to address the Exhibits to the Declaration of Mr. Huber, which were inadvertently omitted from the Huber Declaration when initially filed and served, and are reflected in Emeryville's Notice of Errata to Declaration of Wei-Ling Huber in Support of City of Emeryville's Opposition to Motion for Preliminary Injunction (Document No. 28-1). This Stipulation is made pursuant to Rules 7-3, 7-11, 7-12 of the United States District Court for the Northern District California.

There is good cause for the Stipulation to extend the page limit on the grounds that this case involves several numerous complex and novel legal issues. Emeryville and Local 2850 are filing a Joint Reply, and require more than fifteen (15) pages to sufficiently address all the arguments raised. As background, Emeryville's points and authorities in support of its Motion to Dismiss total twenty-five (25) pages. Local 2850 also filed a brief totaling twenty-four (24) pages in support of the Motion to Dismiss. Plaintiff's Opposition to Emeryville's Motion to Dismiss totals thirty-five (35) pages. The extended page limit will also serve the interests of judicial economy and efficiency because there is overlap between the arguments advanced by both Emeryville and Local 2850. Thus, filing one Joint Reply, rather than two separate briefs, will decrease paperwork and will ultimately serve to narrow the issues in this case.

Because Emeryville and Local 2850 require more than 15 pages to sufficiently address all arguments raised by CRA, the Parties therefore agree that Emeryville and Local 2850 may be permitted 30 pages to respond to CRA's Opposition to the Motion to Dismiss. The Parties also agree that good cause exists for CRA to file a Supplemental Reply to address the Exhibits to the Declaration of Mr. Huber, which are reflected in Emeryville's Notice of Errata to Declaration of Wei-Ling Huber in Support of City of Emeryville's Opposition to Motion for Preliminary Injunction. Good cause exists because the exhibits were inadvertently excluded from the initial filing and service, and CRA did not receive the exhibits until the afternoon of February 28, 2017—the day its Reply in Support of Motion for Preliminary Injunction was due.

///

///

**IT IS SO STIPULATED.**

Dated: February 28, 2017

weintraub tobin chediak coleman grodin
law corporation

By: */s/ Lukas J. Clary*
    Lukas J. Clary
    Attorneys for Plaintiff
    California Restaurant Association

Dated: February 28, 2017

BURKE, WILLIAMS & SORENSEN, LLP

By: */s/ J. Leah Castella*
    J. Leah Castella
    Benjamin L. Stock
    Attorneys for Defendant
    CITY OF EMERYVILLE

Dated: February 28, 2017

McCracken, Stemerman & Holsberry, LLP

By: */s/ Paul L. More*
    Paul L. More
    Attorneys for Intervenor
    UNITE HERE Local 2850

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

OAK #4836-3113-5556 v2

- 3 -

STIPULATION EXTENDING PAGE LIMIT
FOR JOINT REPLY 3:16-cv-06660-JST

**PROPOSED ORDER**

Defendants' Motion for Extra Pages pursuant to the Parties' Stipulation is granted.

Emeryville and Local 2850 may file a Joint Reply up to 30 pages in support of motion to dismiss.

Dated: _____                    _____
                                             Hon. Jon S. Tigar

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

OAK #4836-3113-5556 v2      - 4 -      STIPULATION EXTENDING PAGE LIMIT
                                       FOR JOINT REPLY 3:16-cv-06660-JST