Charles L. Post, State Bar No. 160443
Lukas J. Clary, State Bar No. 251519
**weintraub tobin chediak coleman grodin**
LAW CORPORATION
400 Capitol Mall, 11th Floor
Sacramento, California 95814
Telephone: 916/558-6000
Facsimile: 916/446-1611
Email: cpost@weintraub.com
lclary@weintraub.com

Attorneys for Plaintiff
California Restaurant Association

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RESTAURANT ASSOCIATION, a California nonprofit mutual benefit corporation,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF EMERYVILLE, a California municipal corporation,<br><br>Defendant. | Case No. 3:16-cv-06660-JST<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff California Restaurant Association ("CRA") and Defendants City of Emeryville ("the City") and Unite Here Local 2850 ("Local 2850") (collectively, "the Parties"), through their respective counsel, that Plaintiff's complaint is settled pursuant to a settlement agreement and that the complaint shall be dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41, subparts (a)(1)(A)(ii) and (a)(2).

The Parties further stipulate that the Court shall retain jurisdiction over this action and over the settlement agreement for the purpose of enforcing the settlement agreement.

///

///

{2335754.DOC;}      1      Stipulation of Dismissal with Prejudice

| | |
|---|---|
| Dated: November 17, 2017 | **weintraub tobin** chediak coleman grodin law corporation |
| | By: /s/ Lukas J. Clary <br> Lukas J. Clary |
| | Attorneys for Plaintiff <br> California Restaurant Association |
| Dated: November 17, 2017 | Burke, Williams & Sorensen LLP |
| | By: /s/ J. Leah Castella <br> J. Leah Castella |
| | Attorneys for Defendant <br> City of Emeryville |
| Dated: November 17, 2017 | McCracken, Stemerman & Holsberry, LLP |
| | By: /s/ Paul L. More <br> Paul L. More |
| | Attorneys for Intervenor <br> UNITE HERE Local 2850 |

**ORDER**

As provided by stipulation between the Parties, the above referenced Complaint between Plaintiff California Restaurant Association, Defendants City of Emeryville and Unite Here Local 2850 is hereby dismissed with prejudice pursuant to a settlement agreement, each party to bear its own attorney fees and costs. The Court retains jurisdiction of this matter for the purpose of resolving any dispute regarding the interpretation or enforcement of the settlement agreement between the parties.

IT IS SO ORDERED.

DATE: November 17, 2017

_____
Hon. Jon S. Tigar